UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Margaret Evola,

    Plaintiff,

v.                                             Case No. 19-13537

Henry Ford Macomb Hospital,          Sean F. Cox
                                                                  United States District Court Judge,

    Defendant.
_____/

**JUDGMENT**

For the reasons set forth in an Opinion & Order issued on this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action **DISMISSED WITH PREJUDICE.**

                                                       s/ Sean F. Cox
                                                       United States District Court Judge

Dated: November 20, 2020